**Denied and Opinion Filed February 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01012-CV**

**IN RE TONY LAMAR VANN, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07180**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Carlyle, and Garcia
Opinion by Justice Carlyle

In his November 18, 2020 petition for writ of mandamus, relator challenges

the trial court's postponement of his jury trial. Because relator has not submitted an

adequate record, we deny the petition because we are unable to conduct a meaningful

review of his claims. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Having denied

the petition, we also deny relator's stay motion as moot.


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

201012F.P05